**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THE ESTATE OF ROOSEVELT HOLLIMAN, et al.**                                                        **PLAINTIFFS**

**V.**                                                                            **NO. 4:20-CV-148-DMB-JMV**

**MARSHAL TURNER, et al.**                                                                   **DEFENDANTS**

## ORDER

On November 16, 2020, the plaintiffs filed a "Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)" stating "that the above-styled action is voluntary dismissed without prejudice against all defendants." Doc. #4. Because the notice was filed before any defendant filed an answer or motion for summary judgment, this case is **CLOSED**.

**SO ORDERED**, this 20th day of November, 2020.

                                                **/s/Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**